NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

September 13, 2022

**ERRATA**

---

**LARRY GOLDEN,**

*Plaintiff-Appellant*

**v.**

**APPLE INC., SAMSUNG ELECTRONICS USA, LG ELECTRONICS USA, INC., QUALCOMM INCORPORATED, MOTOROLA SOLUTIONS, INC., PANASONIC CORPORATION, AT&T INC., VERIZON CORPORATION SERVICE GROUP, SPRINT CORPORATION, T-MOBILE USA, INC., FORD GLOBAL TECHNOLOGIES, LLC, FAIRWAY FORD LINCOLN OF GREENVILLE, GENERAL MOTORS COMPANY, KEVIN WHITAKER CHEVROLET, FCA US LLC, BIG O DODGE CHRYSLER JEEP RAM,**

*Defendants*

---

2022-1229

---

Appeal from the United States District Court for the District of South Carolina in No. 6:20-cv-04353-JD, Judge Joseph Dawson, III.

2

------------------------------------------------

**LARRY GOLDEN,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant*

————————————

2022-1267

————————————

Appeal from the United States District Court for the District of South Carolina in No. 6:21-cv-00244-JD, Judge Joseph Dawson, III.

————————————

Decided: September 8, 2022
Nonprecedential Opinion

————————————

Please make the following change:

Page 5, line 25: Replace "9,069,189" with "9,096,189."